UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE PEREZ and
HECTOR PEREZ,

      Plaintiffs,

v.                                      Case No. 8:06-cv-1239-T-24 TBM

SAXON MORTGAGE SERVICES,
INC., ET AL.,

      Defendants.
_____/

## ORDER

      This cause comes before the Court on Defendant Saxon Mortgage Service, Inc.'s ("Saxon") Memorandum of Law in Support of it Notice of Pendency of Other Actions (Doc. No. 10), which this Court construes as a motion to stay the case. Specifically, Plaintiffs filed for bankruptcy on June 13, 2006, and Defendant Saxon suggests that this case should be stayed as a result of the automatic stay provision of the bankruptcy code, 11 U.S.C. § 362.

      Defendant Saxon cites several cases in support of its suggestion that this case should be stayed. However, Defendant Saxon's reliance on these cases is completely misplaced, since the holdings of those cases address whether an appellate court must stay an appeal, and the cases find that an appeal must be stayed if the defendant in the underlying case filed for bankruptcy. The cases cited by Defendant Saxon have no application to the instant case, which is not an appeal, and in which the *plaintiffs* have filed for bankruptcy. Instead, the case law is clear that the automatic stay provision does not apply to claims brought by plaintiffs that have filed for bankruptcy. See, e.g., Maritime Electric Co. v. United Jersey Bank, 959 F.2d 1194, 1205 (3d

Cir. 1991); Freeman v. C.I.R., 799 F.2d 1091, 1093 (5th Cir. 1986); Martin-Trigona v. Champion Federal Savings and Loan Assoc., 892 F.2d 575, 577 (7th Cir. 1989); Brown v. Armstrong, 949 F.2d 1007, 1009-10 (8th Cir. 1991); Checkers Drive-In Restaurants, Inc. v. Commissioner of Patents and Trademarks, 51 F.3d 1078, 1082 (D.C. Cir. 1995).

Accordingly, it is ORDERED AND ADJUDGED that Defendant Saxon's construed motion to stay this case is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of August, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record